UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CAMPOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL BUILDING MAINTENANCE & CLEANING SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-08571-AGT<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff's counsel are ordered to show cause why this case should not be dismissed for failure to prosecute due to plaintiff's failure to appear at the initial case management conference on April 29, 2022. A response is due by Friday, May 6, 2022. If no response is filed, the undersigned will recommend that a district judge dismiss the case. *See* Fed. R. Civ. P. 41(b).

　　　**IT IS SO ORDERED.**

Dated: May 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge