UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CAMPOS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL BUILDING MAINTENANCE & CLEANING SERVICES, INC.,<br><br>        Defendant. | Case No. 21-cv-08571-AGT<br><br>**ORDER LIFTING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

The order to show cause is lifted.  The initial case management conference is reset to May 13, 2022, at 2:00 p.m.  An updated case management statement is not required.

**IT IS SO ORDERED.**

Dated: May 2, 2022

ALEX G. TSE
United States Magistrate Judge