1  TOMAS E. MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group, LLP
3  1550 The Alameda, Suite 302
   San Jose, CA 95126
4  Telephone: (408) 317-1100
   Facsimile: (408) 351-0105
5
6  Attorneys for Plaintiff
   MARIA CAMPOS
7

8  MOLLIE S. BURKS (SBN: 222112)
   mburks@grsm.com
9  SAT SANG KHALSA (SBN: 256130)
   skhalsa@grsm.com
10 MATTHEW A. MALLET (SBN: 203393)
   mmallet@grsm.com
11 GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
12 San Francisco, CA 94111
   Telephone:  (415) 875-3365 (direct)
13              (415) 986-5900 (office)
   Facsimile:  (510) 984-1721
14
15 Attorneys for Defendant
   CAPITAL BUILDING MAINTENANCE & CLEANING SERVICES, INC.

16

17
                       **UNITED STATES DISTRICT COURT**
18
                       **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | MARIA CAMPOS                                    | No.  3:21-cv-08571- RS
21 |                                                 |
22 |                  Plaintiff,                     | **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**
23 |      V.                                         |
24 | CAPITAL BUILDING MAINTENANCE & CLEANING, INC.   | **Hon. Richard Seeborg**
25 |                  Defendants.                    |

26

27

28

---

1

**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) the parties, through their undersigned counsel of record, hereby stipulate to the voluntary dismissal with prejudice of the matter.

The parties to the above-entitled action hereby stipulate as follows:

1. The matter settled during a settlement conference before the Honorable Alex G. Tse, United States Magistrate Judge.
2. The parties subsequently executed a settlement agreement.
3. The matter should be dismissed with Prejudice and the case closed.
4. The parties would request that the Court maintain jurisdiction to enforce the written settlement agreement.

IT IS SO STIPULATED.

Dated: November 3, 2023

**JUSTICE AT WORK LAW GROUP, LLP**

_____/s/Tomas E Margain_____
Tomas E. Margain
Attorneys for PLAINTIFF
MARIA CAMPOS

Dated: November 3, 2023        **GORDON REES SCULLY MANSUKHANI, LLP**

By:         /s/ Sat Sang S. Khalsa
Mollie S. Burks
Sat Sang S. Khalsa
Matthew A. Mallet
Attorneys for Defendant
CAPITAL BUILDING MAINTENANCE & CLEANING SERVICES, INC.


**ORDER**

Based on the Stipulation and good cause shown, the matter is dismissed.  The Court retains jurisdiction of the settlement.

IT IS SO ORDERED

Dated:   November 3, 2023

By: /s/ *[signature]*
Hon. Richard Seeborg
United States District Judge

**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**